IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC - 6 2018

BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 1:18-CR- 120 |
| v. | § | Heartfield |
| | § | |
| JESSE WILZE TILLMAN | § | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### Count One

                        Violation: 18 U.S.C. §§ 2252(a)(4)(B) &
                        2252(b)(2) (Possession of Material
                        Involving the Sexual Exploitation of Minors

On or about April 17, 2018, in the Eastern District of Texas, and elsewhere, **Jesse Wilze Tillman**, defendant, did knowingly possess one SANDISK hard drive, Model: 11S45N8330Z1ZN43004ARB, SN:132199400348, which contained one (1) or more visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depictions were of such conduct, which visual depictions had been mailed, and shipped and transported in interstate and foreign commerce, and which were produced using materials which had been mailed and shipped and transported in interstate and foreign commerce.

    In violation of 18 U.S.C. §§ 2252(a)(4)(B) & 2252(b)(2).

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Criminal Forfeiture Pursuant to 18 U.S.C. §§ 2253 and 1467

Upon conviction of the offense alleged in Count One this information, **Jesse Wilze Tillman**, defendant, shall forfeit to the United States pursuant to 18 U.S.C. § 2253, all visual depictions and any obscene material which were produced, transported, mailed, shipped or received in violation of the law; all property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and all property, real and personal, used or intended to be used to commit or to promote the commission of the offense, including but not limited to the following:

    (a)    SANDISK hard drive, Model: 11S45N8330Z1ZN43004ARB, SN:132199400348; and

    (b)    Lenovo laptop computer, Model:20193,SN: YB00400069

Moreover, if any property subject to forfeiture, as a result of any act or omission by the defendant:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with a third party;
(c) has been placed beyond the jurisdiction of the court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant up to the value of the forfeitable property.

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____
CHRISTOPHER TORTORICE
ASSISTANT UNITED STATES ATTORNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | NO. 1:18-CR-120 |
| v. | § § § | |
| JESSE WILZE TILLMAN | § | |

## NOTICE OF PENALTY

### Count One

Violation:   18 U.S.C. §§ 2252(a)(4)(B) & 2252(b)(2)  (Possession of Materials Involving the Sexual Exploitation of Minors)

Penalty:   Imprisonment of not more than ten (10) years, a fine not to exceed $250,000.00, or both.  A term of supervised release of not less than five (5) years or life may be imposed.

Special Assessment: $100.00 for each count.