| DATE | 6/25/19 | | CASE NUMBER | 1:18cr120 |
|---|---|---|---|---|
| LOCATION | Beaumont | | USA | Kennedy Gates  Assigned |
| JUDGE | Thad Heartfield | | VS | "  Appeared |
| DEPUTY CLERK | Faith Ann Laurents | | | |
| RPTR/ECRO | Jan Mason | | | Jesse Wilze Tillman |
| USPO | Carl Tucker | | | Defendant |
| INTERPRETER | | | | Jack Carroll |
| BEGIN | 2:15pm | | | Attorney |

## SENTENCING

X Sentencing held    ☐ Evidentiary
X Court adopts presentence report    X Plea Agreement accepted
X UNSEAL    X Plea Agreement

| CT | CUSTODY | FINE | REST | PROB | SUP/REL | CC/CS | W/CT | SP/ASSESS |
|---|---|---|---|---|---|---|---|---|
| 1 of the Information | 78 months | --------- | -------------- | --------- | 5 year(s) | ------- | ------ | $100 |
| | | | | | | | | |

**SPECIAL CONDITIONS:**

X . . . . . . Dft shall comply with **standard conditions** of release, to include committing no offenses; federal, state or local and shall not illegally possess a controlled substance.
X . . . . . . Dft shall comply with **mandatory and special conditions** of release, as set forth in the Dft's Presentence Report.
X . . . . . . Dft shall **report** in person to the probation office in the district to which the dft is released **within 72** hours of release from the custody of the Bureau of Prisons.
☐ . . . . . . Denial of all Federal benefits for a period of _____ year(s).
X . . . . . . Dft remanded to the USM.
☐ . . . . . . Dft ordered to surrender by 2:00 pm on _____ to  ☐ designated institution  ☐ USM.
☐ . . . . . . Bond continued.
☐ . . . . . . Dft's ORAL Motion for Variance based upon "First Step Act".
☐ . . . . . . ORAL Motion GRANTED.
☐ . . . . . . Govt's ORAL Motion to Dismiss Count(s) __Remaining in all Indictments__.
☐ . . . . . . ORAL Motion GRANTED.
☐ . . . . . . Dft failed to appear    ☐ Order for arrest warrant    ☐ bond forfeited.
X . . . . . . **Dft advised of right to appeal & court appointed counsel.**
☐ . . . . . . Video Waiver filed.
X . . . . . . Minutes filed.

Adjourned: 2:40pm

Total Time: 25 mins